No. 83–6610. BARFIELD v. HARRIS, SUPERINTENDENT, NORTH CAROLINA CORRECTIONAL CENTER FOR WOMEN, ET AL., 467 U. S. 1210; and

No. 83–6649. SLATER v. UNITED STATES, 467 U. S. 1254. Petitions for rehearing denied.

No. 82–1005. CHEVRON U. S. A. INC. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;

No. 82–1247. AMERICAN IRON & STEEL INSTITUTE ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 82–1591. RUCKELSHAUS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL., 467 U. S. 837. Petition for rehearing denied. JUSTICE MARSHALL, JUSTICE REHNQUIST, and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–6395. WARD v. GENERAL MOTORS CORP., 466 U. S. 961; and

No. 83–6396. WARD v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, 466 U. S. 953. Motions for leave to file petitions for rehearing denied.

AUGUST 23, 1984

No. A–1038 (83–6864). TAFOYA ET AL. v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 35, Orig. UNITED STATES v. MAINE ET AL. Motion of New York and Rhode Island for divided argument granted. [For earlier order herein, see, e. g., ante, p. 1213.]

No. 82–1913. GARCIA v. SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and

No. 82–1951. DONOVAN, SECRETARY OF LABOR v. SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL. D. C. W. D. Tex. [Probable jurisdiction noted, 464 U. S. 812.] Motion of the Solicitor General for divided argument granted.